## 31760. MARTIN v. MARTIN.

UNDERCOFLER, Presiding Justice.

Gertrud E. Martin appeals from a judgment of divorce entered on August 9, 1976, to her husband, Nelson M. Martin, Jr. She, however, failed to file her notice of appeal until October 11, 1976, more than thirty days later. Appellee husband's motion to dismiss must, therefore, be granted for lack of jurisdiction in this court. See *Beatty v. Underground Atlanta,* 237 Ga. 844 (229 SE2d 615) (1976).

*Appeal dismissed. All the Justices concur.*

ARGUED JANUARY 10, 1977 — DECIDED JANUARY 28, 1977.

*Hirsch, Beil & Partin, Milton Hirsch,* for appellee.